JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELIPE LOPEZ MONTERO,<br><br>    Plaintiffs,<br><br>vs.<br><br>TURBINE ENGINE COMPONENTS, ET AL.,<br><br>    Defendants. | CASE NO. CV 09-07269-MMM(JEMx)<br><br>ORDER DISMISSING CIVIL ACTION |

    THE COURT having been advised by counsel that the above-entitled action has been settled;

    IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within __30__ **days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

DATED: August 31, 2010

                                        *Margaret M. Morrow*
                                        MARGARET M. MORROW
                                       UNITED STATES DISTRICT JUDGE